# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 28, 2007

132327 & (91)(96)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

NEW PROPERTIES, INC., ROBERT W.
KITCHEN, and HARRIET KITCHEN,
      Plaintiffs-Appellees,
      Cross-Appellants,
v

GEORGE D. NEWPOWER, JR., INC., RITA
JACOBS, JANN NORTON, CHASTITY SCHAUB,
JOHN NEWPOWER, CAROL FRANKLIN,
SHAWN GRACE, RYAN DOBRY, JASON
NORTON, MANCELONA PROPERTIES, INC.,
VIRGINIA L. NEWPOWER, a/k/a VIRGINIA L.
MOEKE, REGINA M. NEWPOWER, GEORGE J.
NEWPOWER, HOI POLLOI PRODUCTIONS,
INC., PAMELA CANNON, DIANNE BIHLMAN,
Individually and as Personal Representative of the
Estate of David Bihlman, and JAMES HUNT,
      Defendants,
and

MURIEL HART and HUNTINGTON NATIONAL
BANK, f/k/a FMB NORTHWESTERN BANK,
      Defendants-Appellants,
      Cross-Appellees,
and

LAKES OF THE NORTH REALTY, INC.,
      Defendant-Appellee.

SC: 132327
COA: 259932
Grand Traverse CC: 97-015769-CH

_____/

On order of the Court, the motion for leave to file a brief amicus curiae is GRANTED. The application for leave to appeal the September 14, 2006 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 28, 2007

_____
Clerk

t0321